IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10310
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TIMOTHY FORD,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-97-A-1
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Timothy Ford has filed a brief

as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our

independent review of the brief and record discloses no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.